### NEAL LOAN AND BANKING COMPANY *v.* WRIGHT.

Cobb, J. Following the ruling made in *Kimball* v. *Williams*, 108 *Ga.* 812, and the cases therein cited, and which was followed in *Wheeler* v. *Worley*, 110 *Ga.* 513, in *Collins* v. *Carr*, 111 *Ga.* 867, in *Long* v. *Harrison*, 111 *Ga.* 884, and again in *City of Fitzgerald* v. *Bank*, 113 *Ga.* 1151, where issues raised by the levy of an execution and an illegality thereto were submitted to the determination of the trial judge upon an agreed statement of facts, and he rendered a judgment sustaining the illegality, a bill of exceptions sued out by the losing party, which attempts to assign error upon such judgment only in these words: "to which said judgment defendant excepted and now excepts and assigns the same as error," does not contain an assignment of error sufficiently specific to authorize this court to determine whether the judge did or did not err in rendering the judgment sustaining the illegality.

*Writ of error dismissed. All the Justices concurring, except Lumpkin, P. J., absent.*

Argued October 7, — Decided October 29, 1902.

*D. K. Johnston* and *J. A. Hunt*, for plaintiff.
*Juhan & McDonald*, for defendant.